UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LETROY CALHOUN,

                                                    Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( ) ( )

Defendant __Letroy Calhoun_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


__/s/ Letroy Calhoun_____      /s/ Jason Ser_____
Defendant's Signature                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Letroy Calhoun_____      Jason Ser_____
Print Defendant's Name                          Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__11/16/2020_____                    _Judith C. McCarthy_____
Date                                                U.S. District Judge/U.S. Magistrate Judge